# Court of Appeals
# of the State of Georgia

ATLANTA, May 31, 2023

*The Court of Appeals hereby passes the following order:*

**A231511. STEPHEN COOPER v. THE STATE.**

Upon consideration of appellant's motion for remand in the above-styled case, it is hereby ordered that the motion is GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 05/31/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.* Stephen E. Castlen